UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE ARCOS,<br>an individual, | Case No.:   3:22-cv-00493-LRH-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY ON MOTION TO REMAND**<br>(First Request for Extension) |
| HUDSON INSURANCE COMPANY,<br>ROE CORPORATIONS I-X and<br>DOES I-X inclusive, | |
| Defendants. | |

It is stipulated and agreed that Plaintiff Kristine Arcos shall have an extension up to and including December 7, 2022, within which to file her reply to *Defendant Hudson Insurance Company's Opposition to the Motion to Remand* (ECF No. 9).

This is Plaintiffs' first request for an extension in connection with her motion to remand or the opposition thereto.

///

///

1

Plaintiff requests this extension because Graham Galloway is currently out of the country on vacation and will not be returning to the office until December 5, 2022.

Dated this 29th day of November, 2022.   GALLOWAY & JENSEN

By:   /s/ Robert R. Jensen
ROBERT R. JENSEN NSB 2558
222 California Avenue
Reno, Nevada 89509
(775) 333-7555
*Attorney for Plaintiff*

Dated this 29th day of November, 2022.   GORDON REES SCULLY MANSUKHANI

By:   /s/ Thierry Barkley
Thierry Barkley NSB 724
1 East Liberty Street, Suite 424
Reno, NV 89501
(775) 467.2609
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 5 day of December, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2