Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE ARCOS, an individual; | CASE NO.: 3:22-cv-00493-LRH-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| HUDSON INSURANCE COMPANY, ROE CORPORATIONS I-X and DOES I-X inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and respective counsel that the above-entitled case be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

///

///

///

///

-1-

| | |
|---|---|
| DATED this 17th day of July, 2023. | DATED this 17th day of July, 2023. |
| **GORDON REES<br>   SCULLY MANSUKHANI LLP** | **GALLOWAY & JENSEN** |
| */s/  Thierry V. Barkley*<br>ROBERT E. SCHUMACHER, ESQ.<br>Nevada Bar No. 7504<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | */s/   Graham Galloway*<br>GRAHAM GALLOWAY, ESQ.<br>Nevada Bar No. 221<br>222 California Avenue<br>Reno, Nevada 89509 |
| THIERRY V. BARKELY, ESQ.<br>Nevada Bar No. 724<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>1 East Liberty Street, Suite 424<br>Reno, Nevada 89501<br><br>*Attorneys for Defendant,*<br>*HUDSON INSURANCE COMPANY* | *Attorneys for the Plaintiff*<br>*KRISTINE ARCOS* |

## ORDER

Upon Stipulation by Counsel for the Parties, and good cause appearing therefore,

IT IS ORDERED that this action be dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 17th day of July, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE